UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVA FORBA,<br><br>    Plaintiff,<br><br>v.<br><br>FARRINGTON PLACE,<br><br>    Defendant. | Case No. 4:16-cv-01590 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby stipulates to the dismissal of this matter, with prejudice. Each party will bear its own costs.

Dated: March 31, 2017

Respectfully submitted,

/s/  Christi Wallace
CHRISTI WALLACE, ESQUIRE
Kraemer, Manes & Associates, LLC
US Steel Tower
600 Grant Street, Suite 4875
Pittsburgh, PA  15219

SO ORDERED:

Dated:  April 3, 2017

*s/ Matthew W. Brann*
Honorable Matthew W. Brann